# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC LEDERER,<br><br>         Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>         Defendant. | No. CV 16-1004-AS<br><br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED.

Dated: January 19, 2017

                                        _____/s/_____
                                               ALKA SAGAR
                               UNITED STATES MAGISTRATE JUDGE